# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**EARL C. OGDEN, #277395**

    **Plaintiff,**

**vs.**                                          **CASE NO. 4:15cv97-RH/CAS**

**JULIE JONES, Secretary, Florida Department of Corrections,**

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff submitted a civil rights complaint to this Court on February 20, 2015. Doc. 1. Plaintiff did not pay the required $400 filing fee nor did he file a motion to proceed in forma pauperis (IFP). Thus, an Order was entered on February 24, 2015, directing Plaintiff to either pay the fee or submit a properly completed IFP motion, supporting by the required printout of his inmate bank account statement. Doc. 3. Since that Order was issued, Plaintiff has filed six motions requesting an extension of time. In each motion, Plaintiff makes the same assertion: the Department of Corrections has not provided him with the required printout of his inmate bank account. Docs. 4, 6, 8, 10, 12, and 14. Plaintiff has never provided any attachments demonstrating that he has requested the printout from prison officials, nor has he

provided copies of inmate request forms indicating he has been actively seeking the printout so he could proceed with this case.

Prisoner litigation occurs regularly in this Court. It does not take eight months to obtain a printout of a prisoner's inmate bank account. The prior five extensions of time should have been sufficient for Plaintiff to proceed with this case as instructed on February 24, 2015. *See* doc. 3. Rather than to continue to delay this case indefinitely, it should be dismissed without prejudice. Dismissal of this case will not cause any injury or prejudice to Plaintiff. When Plaintiff has obtained a printout of his inmate bank account detailing the preceding six month period of time, Plaintiff may initiate a new case. This case, however, should now be closed.

In light of the foregoing, it is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to comply with court orders and submit either the filing fee or a properly supported motion for IFP status.

**IN CHAMBERS** at Tallahassee, Florida, on September 4, 2015.


 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**